AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA
V.

TUAMISSIA RONYA SEALS

**WARRANT FOR ARREST**

CASE NUMBER: 97-84M-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TUAMISSIA RONYA SEALS**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)

PROBATION VIOLATION

RECEIVED JUL 20 1 40 PM '99
U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE

in violation of Title _____ United States Code, Section(s) _____

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

7/20/99 at Wilmington, DE
Date and Location

Bail fixed at $ No Bail     by [signature]
Name of Judicial Officer

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at 844 King St Wilm DE 19801 |||
|---|---|---|
| DATE RECEIVED 7-20-99 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6-26-01 | William David, DUSM | [signature] William David |